# United States Court of Appeals for the Fifth Circuit



No. 20-50296

A True Copy
Certified order issued Mar 03, 2021

Clerk, U.S. Court of Appeals, Fifth Circuit

IN RE: GREG ABBOTT, *in his official capacity as Governor of Texas*; KEN PAXTON, i*n his official capacity as Attorney General of Texas*; PHIL WILSON, *in his official capacity as Acting Executive Commissioner of the Texas Health and Human Services Commission*; STEPHEN BRINT CARLTON, *in his official capacity as Executive Director of the Texas Medical Board*; KATHERINE A. THOMAS, *in her official capacity as the Executive Director of the Texas Board of Nursing*,

*Petitioners.*

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas

ON REMAND FROM THE SUPREME COURT
OF THE UNITED STATES

Before DENNIS, ELROD, and DUNCAN, *Circuit Judges*.

PER CURIAM:

      IT IS ORDERED that this case is DISMISSED as moot pursuant to the mandate of the Supreme Court of the United States. *Planned Parenthood v. Abbott*, No. 20-305, 2021 WL 231539, at *1 (U.S. Jan. 25, 2021).